No. 253. LINCOLN FIREPROOF WAREHOUSE Co. v. MILWAUKEE ET AL. Jurisdictional statement submitted September 15, 1932. Decided October 10, 1932. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Tidal Oil Co. v. Flanagan,* 263 U. S. 444, 450, 451, 455, 456; *American Ry. Express Co. v. Kentucky,* 273 U. S. 269, 273; *Brinkerhoff-Faris Co. v. Hill,* 281 U. S. 673, 680. *Mr. Robert M. Rieser* for appellant. *Mr. Daniel W. Hoan* for appellees.

No. 285. HARNISCHFEGER ET AL., EXECUTORS, ET AL. v. WISCONSIN TAX COMMISSION. Jurisdictional statement submitted September 15, 1932. Decided October 10, 1932. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Mobile, Jackson & Kansas City R. Co. v. Turnipseed,* 219 U. S. 35, 43; *Bandini Petroleum Co. v. Superior Court,* 284 U. S. 8, 18, 19; *Wabash R. Co. v. Flannigan,* 192 U. S. 29. *Messrs. Louis Quarles* and *Russell Jackson* for appellants. *Mr. John W. Reynolds* for appellee.

No. —, original. Ex PARTE MILES. Motion submitted October 3, 1932. Decided October 10, 1932. The motion for leave to file petition for writ of habeas corpus is denied, without prejudice to proper application to the appropriate District Court of the United States or to the Judge of said Court. *Mr. W. S. Miles, pro se.*